ACCEPTED
01-15-00341-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 11:41:42 AM
CHRISTOPHER PRINE
CLERK

**IN THE**

**FIRST COURT OF APPEALS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

9/24/2015 11:41:42 AM

CHRISTOPHER A. PRINE
Clerk

**01-15-00254-CV**

**01-15-00341-CV**

**ELIZABETH A. LOUSTEAU AND BRETT CLANTON
Defendants/Appellants,**
**v.**
**JAIME L. NORIEGA AND SONIA A. NORIEGA Plaintiffs/Appellees.**

On Appeal from the 151st District Court
Harris County, Texas

Trial Court Cause No. 2013-35448B

## NOTICE OF APPEARANCE

Comes now, **Seth Kretzer**, and files this Notice of Appearance for

Plaintiff/Appellees, Jaime and Sonia Noriega, in the above styled action.

Respectfully submitted,

By: /s/Seth Kretzer

Seth Kretzer
LAW OFFICES OF SETH KRETZER
440 Louisiana Street, Suite 200
Houston, Texas 77002
State Bar #: 24043764
713-775-3050 (telephone)
713-224-2815 (facsimile)
seth@kretzerfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of this document was served on all counsel of record on this 24th day of September, 2015.


/s/Seth Kretzer
Seth Kretzer